IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSHUA JONES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-00052-L** |
| | § | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and PNC BANK, N.A. F/K/A BBVA COMPASS BANCSHARES, INC.,** | § § § § § § | |
| | § | |
| Defendants. | § | |

## NOTICE

Before the court is the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation") (Doc. 26), filed September 4, 2024. The parties have submitted a proposed order of dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as the Stipulation has been signed by all parties who have appeared, no court order is required, and this action and all claims asserted by or against these parties are **dismissed with prejudice** as a matter of course. Accordingly, no order of dismissal is necessary, and the court **declines** to issue one. Per the Stipulation, the parties shall bear their own costs and attorney's fees.

**Filed** this 5th day of September, 2024.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Notice – Solo Page